**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6538

JAMES BROWN,

                    Plaintiff – Appellant,

          v.

BYNUM, Lieutenant, Sussex II State Prison; HOGAN,
Ms. Sargeant, Sussex II State Prison,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:08-cv-00129-RLW)

Submitted:  July 27, 2010              Decided:  August 6, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

James Brown, Appellant Pro Se.  William W. Muse, Banci Enga
Tewolde, Assistant Attorney Generals, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Bynum, No. 3:08-cv-00129-RLW (E.D. Va. Mar. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED